# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2884 Disciplinary Docket No. 3 |
| | : |
| MICHAEL NIELSON BEHUNIN, A/K/A | : No. 70 DB 2022 |
| MICHAEL N. BEHUNIN | : |
| | : (Utah Supreme Court, No. 20040506- |
| | : SC) |
| | : |
| | : Attorney Registration No. 70074 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of July, 2022, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Michael Nielson Behunin, a/k/a Michael N. Behunin, is disbarred from the practice of law in the Commonwealth of Pennsylvania. He shall comply with all provisions of Pa.R.D.E. 217.